UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.  2:24-cv-07766-SVW-AGR                              Date: December 11, 2024

Title:    *James Johnson v. Los Angeles County Sheriff Department, et al.*

---

Present: <u>The Honorable STEPHEN V. WILSON, U.S. District Judge</u>

| <u>Paul Cruz</u> | <u>Not Reported</u> |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE OR FILE A COMPLETE REQUEST FOR *IN FORMA PAUPERIS* STATUS

　　All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1). However, prisoners must still pay the filing fee but may do so through monthly installment payments if granted IFP. 28 U.S.C. § 1915(b).

　　On October 25, 2024, the Court postponed ruling on Plaintiff's IFP Request ("Request") because it was incomplete. Dkts. 2, 5. The Court directed Plaintiff to either:  (1) refile a fully completed Request; or (2) pay the full filing fee. Dkt. 5. The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice. *Id*.

　　To date, Plaintiff has not responded to the Court's order. Accordingly, this action is **DISMISSED** without prejudice. *See, e.g., Allen v. United States Dist. Ct.*

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  2:24-cv-07766-SVW-AGR                        Date: December 11, 2024

Title:      *James Johnson v. Los Angeles County Sheriff Department, et al.*

*Dist. of Nevada*, 2022 WL 16702429, at *2 (D. Nev. Oct. 25, 2022) (dismissing § 1983 action where inmate failed qualify for IFP or pay filing fee).

    IT IS SO ORDERED.